NUMBER
13-01-719-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

JERRY LYNN BISBY,                                                             Appellant,

 

                                                   v.

 

TEXAS DEPARTMENT OF CRIMINAL JUSTICE -

INSTITUTIONAL
DIVISION, ET AL.,                                        Appellees.

____________________________________________________________________

 

                       On
appeal from the County Court at Law

                                    of
Polk County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

                     Before
Justices Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellant, JERRY LYNN BISBY, attempted to perfect an
appeal from a judgment entered by the County Court at Law of Polk County, Texas, in cause number CV01956.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss the appeal is granted, and
the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 21st  day of November, 2001.